ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Access Personnel Services, Inc. | ) ASBCA No. 61463 |
| | ) |
| Under Contract No. N00189-09-C-Z114 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Tyrone G. Miller
                                  CEO

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                    Navy Chief Trial Attorney
                                  Paul C. Scheck, Esq.
                                  Robert J. McMullen, Esq.
                                    Trial Attorneys
                                    NAVSUP Fleet Logistics Center Norfolk
                                    Philadelphia, PA

## OPINION BY ADMINISTRATIVE JUDGE MCNULTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal* is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $40,988.96. This amount is inclusive of interest. No further interest shall be paid.

Dated: 23 January 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

---

* This appeal was originally docketed as ASBCA No. 59900. We decided that appeal on entitlement and remanded to the parties to negotiate quantum. The current ASBCA docket No., 61463, is the quantum portion of that matter.

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61463, Appeal of Access Personnel Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2